McGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

DEC 11 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00122 LJO SKO |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| MERE LEDESMA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

Dated: 12/11/19

The Honorable Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2