# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MERE LEDESMA,<br><br>Defendant. | Case No. 1:19-cr-00122-NONE-SKO<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND REFERRING MATTER TO OFFICE OF THE FEDERAL DEFENDER FOR APPOINTMENT OF COUNSEL<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON OFFICE OF FEDERAL DEFENDER<br><br>(ECF No. 15, 16, 17) |

On February 14, 2020, attorney Kirk McAllister, attorney for Defendant Mere Ledesma, filed a motion requesting to withdraw as attorney of record for Defendant and requesting appointment of new counsel to represent Defendant in this matter. (ECF No. 15.) On February 24, 2020, the Court held a hearing on the motion to withdraw. (ECF No. 17.) Kirk McAllister appeared on behalf of Defendant and Joseph Barton appeared on behalf of the Government. (Id.) The Government did not oppose the motion.

The Court finds good cause to grant the motion to withdraw. Defendant submitted a financial affidavit to the Court. Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.

///

///

1

Accordingly, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, IT IS HEREBY ORDERED that:

1. The motion to withdraw Kirk W. McAllister as attorney of record for Defendant Mere Ledesma is GRANTED;
2. Kirk McAllister is relieved as attorney of record for Defendant in this case;
3. This matter is referred to Office of the Federal Public Defender for the Eastern District of California for the purpose of appointing counsel to represent Defendant in this matter;
4. A further status hearing regarding the appointment of counsel is set for March 2, 2020, at 1:00 p.m. in Courtroom 7 before Magistrate Judge Sheila K. Oberto; and
5. The Clerk of the Court is DIRECTED to serve a copy of this order on the Office of the Federal Public Defender for the Eastern District of California.

IT IS SO ORDERED.

Dated: __**February 25, 2020**__

UNITED STATES MAGISTRATE JUDGE