Steven L. Crawford #166488
P.O. Box 553
Grover Beach, CA 93483
Tel: (805)458-6312
slcrawfordlaw@gmail.com

Attorney for Defendant Mere Ledesma

FILED

FEB 23 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:19CR000122 SKO/JLT |
|---|---|---|
| Plaintiff, | ) | ORDER FOR TEMPORARY RELEASE TO ATTEND HIS COUSIN'S FUNERAL |
| vs. | ) | |
| MERE LEDESMA, | ) | |
| Defendant. | ) | |

Upon consideration of defendant MERE LEDESMA's motion for transport to viewing/funeral of his cousin, Daniel Loza, at Sacred Heart Church at 1301 Cooper Ave., Turlock, CA, on February 25, 2022 @11 am, IT IS HEREBY ORDERED that the motion for temporary release in order to attend the funeral services is GRANTED. Defendant MERE LEDESMA is hereby released to the custody of Licensed Private Investigators Osiel Garza and Canuto (Ken) Garza for transportation to the services of Daniel Loza at 8:30 a.m. on February 25, 2022, and to be returned on or before 4:00 p.m. that same day.

Defendant is ordered to abide by all rules and regulations issued by the U.S. Probation during his release.

Dated: 2/23/22

HON. ERICA P. GROSJEAN
U.S. Magistrate Judge

/s/

*Ledesma Notice of Motion and Motion for Transportation*
*For Funderal/Viewing; [Proposed]Order*